UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10935
    ROLANDA HUGHES-HARRISON

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6910

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/19/07 .

    2.  The case was dismissed without confirmation, 08/17/2007.

--------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------

      Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00         .00
PRINCIPAL PAID          .00          .00          .00         .00         .00
INTEREST PAID           .00          .00          .00         .00         .00
TOTAL PAID              .00          .00          .00         .00         .00
The Debtor's attorney, ALAN H SLODKI           , was allowed $          .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

        Dated: 11/16/07              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 10935 ROLANDA HUGHES-HARRISON